**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**TIMOTHY HOGAN,**                                                                  **PETITIONER**

**v.**                                                                            **No. 2:05CV193-P-A**

**LAWRENCE KELLY, ET AL.**                                              **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this case, the respondents'

January 18, 2006, motion to dismiss is hereby **GRANTED**, and the instant petition for a writ of

*habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely

filed under 28 U.S.C. § 2244(d).

**SO ORDERED,** this the 17th day of March, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE